NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                 )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D17-2756
                                  )
FRANCISCO JULIAN LOZANO,          )
                                  )
        Appellee.                 )
_____     )

Opinion filed May 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; J. Rogers Padgett,
Senior Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellant.

Robert A. Herce of Herce & Herce, P.A.,
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, LUCAS, and SALARIO, JJ., Concur.